## COMMONWEALTH of Pennsylvania, Petitioner

v.

## David Allen HARRELL, Respondent

No. 291 MAL 2016

Supreme Court of Pennsylvania.

September 27, 2016

## ORDER

PER CURIAM

AND NOW, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.